1038

[No. 20073-6-III.   Division Three.   February 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND LEE OMIT, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 01-1-00007-6, Larry M. Kristianson, J., entered March 28, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, A.C.J., and Sweeney, J.

[No. 26019-1-II.   Division Two.   February 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY LEE JOPLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 98-1-01123-5, Randolph Furman, J., entered May 30, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 26147-2-II.   Division Two.   February 22, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MARVIN E. HOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-04879-4, Nile E. Aubrey, J., entered June 30, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ.

[No. 26376-9-II.   Division Two.   February 22, 2002.]

LAW OFFICES OF SVERRE O. STAURSET, P.S., ET AL., *Appellants*, v. CAROL LOWENTHAL, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-2-05467-4, Terry K. McCluskey and Sergio Armijo, JJ., entered August 7, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Hunt, JJ.